# EXHIBIT 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-456-842**
**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

## Title

**Title of Work:** Capybara with a leaf

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 20, 2019
**Nation of 1st Publication:** Germany

## Author

- **Author:** Olga Zikova
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Olga Zikova
PO Box 311527, Berlin, 10645, Germany

## Rights and Permissions

**Name:** Olga Zikova
**Email:** helloarts@proton.me
**Address:** PO Box 311527
Berlin 10645 Germany

## Certification

**Name:** David Denholm
**Date:** April 21, 2025
**Applicant's Tracking Number:** OZ2025042103



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-456-840**
**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

## Title

**Title of Work:** Snow Capybara

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 23, 2019
**Nation of 1st Publication:** Germany

## Author

- **Author:** Olga Zikova
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Olga Zikova
PO Box 311527, Berlin, 10645, Germany

## Rights and Permissions

**Name:** Olga Zikova
**Email:** helloarts@proton.me
**Address:** PO Box 311527
Berlin 10645 Germany

## Certification

**Name:** David Denholm
**Date:** April 21, 2025
**Applicant's Tracking Number:** OZ2025042107



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-456-816**
**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

## Title

**Title of Work:** Halloween Capybara

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 19, 2019
**Nation of 1st Publication:** Germany

## Author

- **Author:** Olga Zikova
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Olga Zikova
PO Box 311527, Berlin, 10645, Germany

## Rights and Permissions

**Name:** Olga Zikova
**Email:** helloarts@proton.me
**Address:** PO Box 311527
Berlin 10645 Germany

## Certification

**Name:** David Denholm
**Date:** April 21, 2025
**Applicant's Tracking Number:** OZ2025042105



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-260**
**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
July 21, 2025

## Title

**Title of Work:** Bee Cappy!

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** February 24, 2022
**Nation of 1st Publication:** Germany

## Author

- **Author:** Olga Zikova
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Olga Zikova
PO Box 311527, Berlin, 10645, Germany

## Rights and Permissions

**Name:** Olga Zikova
**Email:** helloarts@proton.me
**Address:** PO Box 311527
Berlin 10645 Germany

## Certification

**Name:** David Denholm
**Date:** April 21, 2025
**Applicant's Tracking Number:** OZ2025042101


Bee
Cappy!

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-817**

**Effective Date of Registration:**
April 21, 2025
**Registration Decision Date:**
August 08, 2025

## Title

**Title of Work:** Capybara with a pizza

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 10, 2023
**Nation of 1st Publication:** Germany

## Author

- **Author:** Olga Zikova
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Olga Zikova
PO Box 311527, Berlin, 10645, Germany

## Rights and Permissions

**Name:** Olga Zikova
**Email:** helloarts@proton.me
**Address:** PO Box 311527
Berlin 10645 Germany

## Certification

**Name:** David Denholm
**Date:** April 21, 2025
**Applicant's Tracking Number:** OZ2025042104

